No. 913. CRUMP *v*. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *Melvin B. Lewis* for petitioner.

No. 953. CONSOLIDATED TRIMMING CORP. *v*. LOUDON. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Leonard L. Kalish* and *William E. Friedman* for petitioner.

No. 973. SCHLOSSER *v*. COMMONWEALTH EDISON CO. ET AL. C. A. 7th Cir. Certiorari denied. *Harry R. Booth* for petitioner. *William R. Ming, Jr.* for respondents.

No. 975. FARMER *v*. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. *Fyke Farmer, pro se. Solicitor General Rankin* for respondents.

No. 992. KELLY, EXECUTOR, *v*. CONSOLIDATED PACKAGING MACHINERY CORP. ET AL. C. A. 7th Cir. Certiorari denied. *J. Edgar Kelly* for petitioner. *John Vaughan Groner* and *James P. Hume* for respondents.

No. 999. SLADE ET AL. *v*. BOARD OF EDUCATION OF HARFORD COUNTY ET AL. C. A. 4th Cir. Certiorari denied. *Thurgood Marshall* and *Jack Greenberg* for petitioners. *Wilson K. Barnes* for respondents.

No. 1009. NATIONAL PRODUCING CO., INC., ET AL. *v*. ANDERSON. C. A. 2d Cir. Certiorari denied. *Thomas A. Gaffney* for petitioners. *Richard W. Condon* and *James L. Nelligan* for respondent.